THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jonathan
 Southers, Appellant.
 
 
 

Appeal From Lexington County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-146
Submitted March 3, 2008  Filed March 6,
 2008    

DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM: Jonathan Southers appeals his guilty plea to kidnapping, armed robbery,
 and assault and battery with intent to kill.  Southers maintains his guilty
 plea failed to conform with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969).  Specifically, Southers maintains the trial court abused
 its discretion by failing to adequately advise him of his constitutional
 rights.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Southers appeal and grant counsels motion to be relieved.
 
DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.